In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-14-00323-CV

_____

JOHN R. RIZZUTI III, Appellant

V.

DILLAN SMITH, Appellee

On Appeal from the 410th District Court
Montgomery County, Texas
Trial Cause No. 13-02-01311 CV

ORDER

The appellant, John R. Rizzuti III, filed an unopposed motion to abate the appeal and to remand the case to the trial court because a dispute has arisen concerning why certain exhibits were not included in the reporter's record. *See* Tex. R. App. P. 34.6(e)(2).

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for a hearing to settle the dispute regarding the accuracy of the reporter's record of Plaintiff's Exhibits Nos. 11, 14, 15, 17, 19, 21, 23, 24,

1

26, 29 through 32, 35, 38, 45, 46 and 47. *See* Tex. R. App. P. 34.6(e)(3). If an exhibit is lost or destroyed, the trial court may determine whether the exhibit may be replaced with a copy determined by the trial court to accurately duplicate with reasonable certainty the original exhibit. *See* Tex. R. App. P. 35.6(f)(4). A supplemental clerk's record, which shall include any orders and findings by the trial court, shall be filed with the Court of Appeals by January 4, 2016. The supplemental reporter's record, which shall include any hearings conducted by the trial court pursuant to this order and any exhibits the trial court orders the court reporter to certify, shall be filed with the Court of Appeals by January 4, 2016. All appellate timetables are suspended while the case is before the trial court.

ORDER ENTERED December 3, 2015.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.